McDONALD ET AL., APPELLANTS, *v.* NATIONWIDE
MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *McDonald v. Nationwide Mut.
Ins. Co.* (1997), 79 Ohio St.3d 413.]

(No. 96–2226—Submitted May 7, 1997—Decided September 24, 1997.)

---

*Hermann, Cahn & Schneider, Kent B. Schneider* and *Jay H. Salamon,* for appellants.

*Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Timothy D. Johnson, Gregory E. O'Brien* and *Daniel A. Richards,* for appellee.

The judgment of the court of appeals is reversed on the authority of *Holt v. Grange Mut. Cas. Co.* (1997), 79 Ohio St.3d 401, 683 N.E.2d 1080, decided today, and the cause is remanded to the trial court.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent for the reasons stated in Justice Cook's dissent in *Holt*.

MOYER, C.J., dissents.